# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERBERT S. LUSTIG, ET AL.** : | |
| : | |
| v. : | **CIVIL ACTION NO. 17-1175** |
| : | |
| **TRANS UNION, LLC** : | |

## ORDER

This 11th day of April, 2018, it is hereby **ORDERED** that the Joint Motion to Stay Pending Approval of Nationwide Class Action Settlement (Doc #26) is **GRANTED**. Plaintiffs' counsel shall provide a status report of the outcome of the final approval hearing scheduled for August 29, 2018 in the matters *Clark v. Trans Union, LLC*, No. 3:15-cv-391 (E.D. Va. ) and *Anderson v. Trans Union, LLC*, No. 3:16-cv-58 (E.D. Va.) on or before **September 7, 2018**.

/s/ Gerald Austin McHugh
United States District Judge